(117 So. 643)

### Thomas ROSCOE v. Minnie J. INMAN.
### (6 Div. 112.)

Supreme Court of Alabama. June 30, 1928.

Crampton Harris, of Birmingham, and W. C. Woodall, of Tallassee, for appellant.

Harsh & Harsh, of Birmingham, for appellee.

BROWN, J. This is a companion case to the case of Thomas Roscoe v. A. F. Inman, ante, p. 153, 117 So. 641, and on the authority of that case the decree in this case is affirmed.

Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.